UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED

MAR 1 7 2026

U.S. DISTRICT COURT- WVND
MARTINSBURG, WV 25401

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No.   3:26-CR- /0 |
| TYRIQ RICHARD REEVES, | Violations:     18 U.S.C. § 922(g)(1) |
| Defendant. | 18 U.S.C. § 924(a)(8) |
| | 21 U.S.C. § 841(a)(2) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Possessing with the Intent to Distribute a Counterfeit Substance)

On or about November 14, 2024, in Berkeley County, in the Northern District of West Virginia, defendant **TYRIQ RICHARD REEVES**, knowingly and intentionally possessed with the intent to distribute a mixture and substance containing a detectable amount of fentanyl, without authorization, bore the imprint and likeness of a 30 milligram oxycodone tablet produced by Mallinckrodt Pharmaceuticals (SpecGx LLC), a manufacturer of controlled substances, who did not in fact manufacture such substance, and which substances were thereby falsely purported and represented to be the product of Mallinckrodt Pharmaceuticals (SpecGx LLC); all in violation of Title 21, United States Code, Section 841(a)(2).

1

## COUNT TWO

(Unlawful Possession of Firearms)

On or about November 14, 2024, in Berkeley County, in the Northern District of West Virginia, defendant **TYRIQ RICHARD REEVES,** knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that is, the offense of Possession Controlled Substance-3rd:Narcotic Drug Intent to Sell, in case number 00290-2012, in the Orange County Court, New York, knowingly possessed firearms in and affecting interstate commerce, that is:

| Manufacturer | Type | Model | Caliber / Gauge | Serial Number |
|---|---|---|---|---|
| Beretta | Semi-Automatic Handgun | APX | 9mm Luger | A124449X |
| Sig Sauer Inc. | Semi-Automatic Handgun | P938 | 9mm Luger | 52A74292 |
| HS Product (imported by Springfield Armory) | Semi-Automatic Handgun | XD-45 | .45 ACP | MB508777 |

in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

2

## FORFEITURE ALLEGATION

*Controlled Substance Act*

Pursuant to Title 21, United States Code, Section 853 and Title 21, United States Code, Section 841, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or directly, as a result of such offense, including ammunition and the following firearms:

| Manufacturer | Type | Model | Caliber / Gauge | Serial Number |
|---|---|---|---|---|
| Beretta | Semi-Automatic Handgun | APX | 9mm Luger | A124449X |
| Sig Sauer Inc. | Semi-Automatic Handgun | P938 | 9mm Luger | 52A74292 |
| HS Product (imported by Springfield Armory) | Semi-Automatic Handgun | XD-45 | .45 ACP | MB508777 |

*Gun Control Act*

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any knowing violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8), including the following firearms and assorted ammunition:

| Manufacturer | Type | Model | Caliber / Gauge | Serial Number |
|---|---|---|---|---|
| Beretta | Semi-Automatic Handgun | APX | 9mm Luger | A124449X |
| Sig Sauer Inc. | Semi-Automatic Handgun | P938 | 9mm Luger | 52A74292 |

3

| HS Product (imported by Springfield Armory) | Semi-Automatic Handgun | XD-45 | .45 ACP | MB508777 |
| --- | --- | --- | --- | --- |

A true bill,

/s/_____
Grand Jury Foreperson


/s/_____
MATTHEW L. HARVEY
United States Attorney

Lara K. Omps-Botteicher
Morgan S. McKee
Assistant United States Attorneys

4